ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEPHEN G. WOLFE (Cal. Bar No.: 116400)
Assistant United States Attorney
Violent and Organized Crime Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-7408
    Facsimile: (213) 894-3713
    E-mail: Steve.Wolfe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

JS-3

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> OSCAR GOMEZ, <br>     Defendant. | No. CR 09-00224-DMG <br><br> ORDER DISMISSING CRIMINAL CHARGES BASED ON SUCCESSFUL COMPLETION OF CASA PROGRAM [669] |

On April 19, 2012, defendant's case was referred to the undersigned United States District Judge to enable defendant's participation in the Conviction and Sentence Alternatives ("CASA") program. On June 27, 2012, defendant entered a guilty plea to Count One of the First Superseding Indictment pursuant to a plea agreement authorizing post-guilty plea diversion to enable participation in the CASA program. Under the CASA program, defendant's compliance with the terms of post-guilty plea diversion is overseen by the CASA Program Team. The CASA

1

Program Team, including the undersigned United States District Judge, determined that defendant had successfully completed the CASA program and therefore should receive the benefits specified in defendant's plea agreement.

Therefore, on July 8, 2013, the court set a sentencing date for defendant, stating that, at sentencing, based on defendant's successful completion of the CASA program, pursuant to the terms of defendant's plea agreement, and subject to defendant's continued compliance with the terms of defendant's pretrial supervision, the court would impose a sentence that does not include a term of imprisonment, the other terms of sentence to be determined at that time. [Court Order, Doc. # 668.]

The court has now been informed that the United States Attorney, in the exercise of prosecutorial discretion, has decided that, in the extraordinary circumstances of this case, including defendant's conduct since his arrest and during the CASA Program, the government moves to dismiss the charges against defendant without prejudice.

THEREFORE, FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT all charges in this case against defendant are dismissed without prejudice upon motion of the government.

DATED: July 16, 2013

_____
DOLLY M. GEE
United States District Judge
CASA Program Judicial Officer

cc: PSA, USPO